JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MANUEL ERICK CAMACHO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>Defendants. | Case No. 2:25-cv-05263-SB-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Second Amended Complaint is hereby dismissed with prejudice and without leave to amend.

Date: April 3, 2026

_____
STANLEY BLUMENFELD, JR.
United States District Judge